United States Bankruptcy Court
Northern District of Alabama

In re:  Case No. 25-80197-CRJ
Janel Burns  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-5  User: admin  Page 1 of 3
Date Rcvd: Jan 31, 2025  Form ID: 309I  Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janel Burns, 111 Copeland Dr., Madison, AL 35756-5308 |
| 11543858 | + | Horizon Medical, PO Box 888, Madison, AL 35758-0888 |
| 11543880 | + | Zotec Partners, 1 Zotec Way, Carmel, IN 46032-0052 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: john@jlarsenlaw.com | Jan 31 2025 23:43:00 | John C. Larsen, Larsen Law, P.C., 1733 Winchester Rd, Huntsville, AL 35811 |
| tr | + | Email/Text: treata.shelton@ch13decatur.com | Jan 31 2025 23:44:00 | Michele T. Hatcher, Chapter 13 Trustee, P.O. Box 2388, Decatur, AL 35602-2388 |
| 11543846 | + | Email/PDF: bncnotices@becket-lee.com | Jan 31 2025 23:59:35 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 11543847 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 31 2025 23:45:29 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 11543848 | + | EDI: CAPITALONE.COM | Feb 01 2025 04:26:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 11543844 | + | EDI: CAPONEAUTO.COM | Feb 01 2025 04:26:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 11543849 | + | EDI: WFNNB.COM | Feb 01 2025 04:26:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 11543850 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 31 2025 23:59:25 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 11543851 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 31 2025 23:59:37 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 11543852 | + | Email/Text: bankruptcies@crownasset.com | Jan 31 2025 23:45:00 | Crown Asset Management, LLC, 3100 Breckinridge Blvd, Ste 725, Duluth, GA 30096-7605 |
| 11543853 | + | EDI: DISCOVER | Feb 01 2025 04:26:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 11543854 | | Email/Text: BNSFN@capitalsvcs.com | Jan 31 2025 23:44:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 11543856 | | Email/Text: BNSFS@capitalsvcs.com | Jan 31 2025 23:44:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 11543855 | + | EDI: AMINFOFP.COM | Feb 01 2025 04:26:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 11543875 | | Email/Text: FSBank@franklinservice.com | Jan 31 2025 23:44:00 | Franklin Collection Service, Inc., P.O Box 3910, Tupelo, MS 38803-3910 |

Case 25-80197-CRJ13   Doc 35-1   Filed 02/04/25   Entered 02/04/25 13:35:02   Desc
Exhibit Exhibit 1 BNC Certificate of Notice   Page 1 of 5

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 11543857 | Email/Text: argbsref@geico.com | Jan 31 2025 23:45:00 | Geico, One Geico Plaza, Bethesda, MD 20810-0001 |
| 11543876 | Email/Text: AdminServices@holliscobb.com | Jan 31 2025 23:44:35 | Hollis Cobb Associates Inc, P.O. Box 279, Norcross, GA 30091-0279 |
| 11543859 | + Email/Text: pa.customerservice@hhsys.org | Jan 31 2025 23:47:00 | Huntsville Hospital, 101 Sivley Rd, Huntsville, AL 35801-4470 |
| 11543860 | Email/Text: customerservice.us@klarna.com | Jan 31 2025 23:44:00 | Klarna, P.O. Box 8116, Columbus, OH 43201 |
| 11543877 | Email/Text: customerservice.us@klarna.com | Jan 31 2025 23:44:00 | Klarna Inc., 629 N. High Street, FL 300, Columbus, OH 43215 |
| 11543861 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 23:58:54 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 11543862 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 31 2025 23:43:05 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 11543845 | + EDI: NFCU.COM | Feb 01 2025 04:26:00 | NAVY FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 11543863 | + EDI: MAXMSAIDV | Feb 01 2025 04:26:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 11543864 | + EDI: NFCU.COM | Feb 01 2025 04:26:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 11543865 | + Email/Text: bhill@ccihsv.com | Jan 31 2025 23:44:00 | Oncology Specialties, PC, PO Box 18428, Huntsville, AL 35804-8428 |
| 11543866 | EDI: PRA.COM | Feb 01 2025 04:26:00 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 11543878 | Email/Text: pasi_bankruptcy@chs.net | Jan 31 2025 23:44:00 | PASI, P.O.Box 188, Brentwood, TN 37024 |
| 11543867 | + EDI: CCS.COM | Feb 01 2025 04:26:00 | Progressive, P.O. Box 607, Norwood, MA 02062-0607 |
| 11543879 | + Email/Text: LawfirmAL@rsieh.com | Jan 31 2025 23:45:00 | Rausch Sturm, P.O. Box 312277, Enterprise, AL 36331-2277 |
| 11543868 | + Email/Text: clientservices@sourcerm.com | Jan 31 2025 23:47:00 | Source Receivables Mgmt, Llc, 4615 Dundas Drive, Greensboro, NC 27407-1650 |
| 11543869 | + EDI: SYNC | Feb 01 2025 04:26:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 11543870 | + EDI: SYNC | Feb 01 2025 04:26:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 11543871 | EDI: AISTMBL.COM | Feb 01 2025 04:26:00 | T-Mobile Bankruptcy Team, P.O. Box 53410, Bellevue, WA 98015-3410 |
| 11543872 | Email/Text: bankruptcies@uplift.com | Jan 31 2025 23:44:00 | Uplft/cb, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 11543873 | + EDI: LCIUPSTART | Feb 01 2025 04:26:00 | Upstart/Finwise, 2 Circle Star Way, 2nd Floor, San Carlos, CA 94070-6200 |
| 11543874 | + EDI: VERIZONCOMB.COM | Feb 01 2025 04:26:00 | Verizon, One Verizon Way, Basking Ridge, NJ 07920-1097 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2025   Signature:   /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Janel Burns**<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–1619<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | NORTHERN DISTRICT OF ALABAMA | Date case filed for chapter: 13  1/30/25 |
| Case number: | 25–80197–CRJ13 | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case          10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Janel Burns | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 111 Copeland Dr.<br>Madison, AL 35756 | |
| 4. | **Debtor's attorney**<br>Name and address | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811 | Contact phone 256 859–3008<br><br>Email: john@jlarsenlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Michele T. Hatcher<br>Chapter 13 Trustee<br>P.O. Box 2388<br>Decatur, AL 35602 | Contact phone 256–350–0442 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 660 Gallatin Street SW, Room 1320<br>Huntsville, AL 35801 | Hours open:<br>8:00 a.m. – 4:00 p.m. Monday–Friday<br>Contact phone 256–584–7900<br>Date: 1/31/25 |

For more information, see page 2 >

Official Form 309I    Notice of Chapter 13 Bankruptcy Case    page 1

Case 25-80197-CRJ13  Doc 35-1  Filed 02/24/25  Entered 02/24/25 13:35:02  Desc
Exhibit Exhibit 1 BNC Certificate of Notice  Page 4 of 5

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 11, 2025 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>DO NOT COME TO THE COURTHOUSE. This meeting will take place by telephone only until further notice. At least five minutes prior to the start of the meeting, dial the telephone number and enter the access code. There is no security code. Once connected, please mute your phone until the case is called and disconnect when notified your meeting is completed. You are encouraged to call from a landline if possible from a quiet location. Do not use a speaker function or place the call on hold.<br>Debtor(s) is encouraged to contact your attorney prior to the meeting for more information. | **Telephone Conference:**<br>**571–353–2301**<br>**Meeting ID:**<br>**078642250#** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/12/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/10/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/29/25** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Claims can be filed electronically through the court's website at: www.alnb.uscourts.gov/electronic–proof–claim.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **4/2/25** at **10:00 AM**, Location: **United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801**<br>**THE CONFIRMATION HEARING WILL TAKE PLACE IN PERSON, NOT BY TELEPHONE.** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

Case 25-80197-CRJ13    Doc 35-1    Filed 02/24/25    Entered 02/24/25 23:35:02    Desc
Exhibit Exhibit 1 - BNC Certificate of Notice    Page 5 of 5