From: **Horizons Medical Care PC** <no-reply@eclinicalmail.com>
Date: Wed, Feb 26, 2025 at 4:33 PM
Subject: Statement Notification!
To: <mslady81@gmail.com>

**Horizons Medical Care PC**

8045 HWY 72 W , , ,
MADISON, AL 35758-9564

256-837-2271

## Hi JANEL!

Hope you and your family are doing well!
A statement for the services availed by you has been published.
Please click on the link below to pay statement balance.

If you are unable to pay full balance and are able to pay partially, please give us a call at 256-837-2271

**$ 347.39**

Amount

Powered by **healow** pay

**Pay**

You can also pay using the code below

healowpay.com

Your Payment code is:

7TC6NQBf

**Discover the Smarter Way to Pay Online**



Pay your medical bills



View statements, balance for multiple healow practices



Track your healowpay payments

We respect your privacy and you can rest assured that we protect your information, including your e-mail address, and will not sell or share it with marketers outside Bank of America who may want to offe services. To find out more, please read our privacy policy.

If you wish to opt out from receiving these notifications in the future, you can Unsubscribe.