

# Billing Statement

**Patient Name:** JANEL M Burns

**Personal Statement Code:** 7TC6NQBf
**Account Number:** 15458

**Statement Date:** 02/25/2025
**Total Amount Due:** $347.39

**Hi JANEL M,**

Thank you for using Horizons Medical Care PC

**Notice:**
This is a statement for professional services rendered by your physician. You may receive a separate bill if you were referred to an outside lab or if other services were provided.

 **Pay On-Line**
Pay On Line at https://healowpay.com using your personal statement code - 7TC6NQBf

**Questions?** 256-837-2271

## Details

| Date | Description of Services | Charges | Payments/Adjustments | Balance Due |
|---|---|---|---|---|
| 11/27/23 | Claim:120960, Provider: Verne Hewitt Webster, MD | | | |
| | FLU IMM NO ORD/ADMIN DOC REA | $0.01 | | |
| | Instant Drug Screen | $40.00 | | |
| | Office Visit, Est Pt., Level 4 | $105.00 | | |
| | Patient Payment | | $85.24 | |
| | Patient Payment | | | |
| | BCBS-AL Payment | | $85.24 | |
| | BCBS-AL - FEP Payment | | $38.61 | |
| | BCBS-AL - FEP Adjustment | | $0.01 | |
| | Charge for reporting purposes only | | | |
| | Your Balance Due On These Services ... | | | -$64.09 |
| 01/29/24 | Claim:123916, Provider: Verne Hewitt Webster, MD | | | |
| | Drugs of Abuse Panel | $75.00 | | |
| | X-RAY EXAM CHEST 2 VIEWS | $58.00 | | |

▶▶ Account details continued on page 2

| Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Amount Due |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $347.39 | $347.39 |

*This claim is sent to collections.*

---

Detach and enclose the remit below with your payment. Please write your account number on your check. Do not send cash.

**Horizons Medical Care PC**
PO BOX 888
MADISON AL 35758-0888

Return Service Requested
000070



AUTO**SCH 5-DIGIT 35758 70 T1:1    70 1 AV 0.540
JANEL M BURNS
111 COPELAND DR
MADISON AL 35756-5308

**Patient Name:** JANEL M Burns
**Account Number:** 15458
**Statement Date:** 02/25/2025
**Total Amount Due:** $347.39

**Total Amount Paid** $_____

Please make checks payable to Horizons Medical Care PC
Remit Payments To:

HORIZONS MEDICAL CARE PC
PO BOX 888
MADISON AL 35758-0888

**We make it easy for you to pay.**
Simply Scan the QR Code with your mobile device to pay on line at https://healowpay.com using your personal statement code - 7TC6NQBf
Powered by