

# Billing Statement

**Patient Name:** JANEL M Burns

**Personal Statement Code:** 4JdcWdP8

**Account Number:** 15458

## Hi JANEL M,

Thank you for using Horizons Medical Care PC

**Statement Date:** 03/28/2025

**Total Amount Due:** $347.39

**Notice:**
This is a statement for professional services rendered by your physician. You may receive a separate bill if you were referred to an outside lab or if other services were provided.

**Pay On-Line**
Pay On Line at https://healowpay.com using your personal statement code -  4JdcWdP8

**Questions?**
256-837-2271

## Details

| Date | Description of Services | Charges | Payments/Adjustments | Balance Due |
|---|---|---|---|---|
| 11/27/23 | Claim:120960, Provider: Verne Hewitt Webster, MD | | | |
| | Office Visit, Est Pt., Level 4 | $105.00 | | |
| | Instant Drug Screen | $40.00 | | |
| | FLU IMM NO ORD/ADMIN DOC REA | $0.01 | | |
| | Patient Payment | | $85.24 | |
| | Patient Payment | | | |
| | BCBS-AL Payment | | $85.24 | |
| | BCBS-AL - FEP Payment | | $38.61 | |
| | BCBS-AL - FEP Adjustment | | $0.01 | |
| | Charge for reporting purposes only | | | |
| | **Your Balance Due On These Services ...** | | | -$64.09 |
| 01/29/24 | Claim:123916, Provider: Verne Hewitt Webster, MD | | | |
| | Drugs of Abuse Panel | $75.00 | | |
| | X-RAY EXAM CHEST 2 VIEWS | $58.00 | | |
| | EKG | $78.00 | | |

▶▶ Account details continued on page 2

| Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Amount Due |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $347.39 | $347.39 |

This claim is sent to collections.

---

Detach and enclose the remit below with your payment. Please write your account number on your check. Do not send cash.

Horizons Medical Care PC
PO BOX 888
MADISON AL 35758-0888

Return Service Requested
000220

AUTO**SCH 5-DIGIT 35758 220 T2:3    220 1 AV 0.540
JANEL M BURNS
111 COPELAND DR
MADISON AL 35756-5308



**Patient Name:** JANEL M Burns

**Account Number:** 15458

**Statement Date:** 03/28/2025

**Total Amount Due:** $347.39

Total Amount Paid    $_____

Please make checks payable to **Horizons Medical Care PC**

Remit Payments To:

HORIZONS MEDICAL CARE PC
PO BOX 888
MADISON AL 35758-0888

We make it easy for you to pay.
Simply Scan the QR Code with your mobile device to pay on line at https://healowpay.com using your personal statement code - 4JdcWdP8
Powered by healow

