UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| JANEL BURNS, | } | Case No. 25-80197-CRJ-13 |
| Debtor(s). | } | Chapter 13 |
| | | |
| JANEL BURNS, | } | |
| Plaintiff(s), | } | |
| v. | } | AP No. 25-80067-CRJ |
| HORIZONS MEDICAL CARE, P.C., | } | |
| Defendant(s). | } | |

**TENTATIVE RULING ON THE ISSUE OF DAMAGES UNDER 11 U.S.C. § 362(k)**

This Adversary Proceeding is before the Court on the Complaint filed by the Debtor alleging that, despite having notice and actual knowledge of the commencement of her bankruptcy case, Horizons Medical Care, P.C. (hereinafter the "Defendant") violated the automatic stay by sending an email and multiple statements to the Debtor and the Answer filed by the Defendant. Accordingly, the Debtor seeks to recover damages sustained as a result of the Defendant's alleged willful violation of the automatic stay in this case pursuant to 11 U.S.C. § 362(k).

The Defendant admits in its Answer that it had notice of the Debtor's case and that it sent the emails and statements attached to the Complaint in violation of the automatic stay. Accordingly, the remaining issue in this proceeding is the appropriate amount of damages pursuant to § 362(k).

To avoid the additional occurrence of attorneys' fees and costs in this proceeding by either party, the Court has carefully reviewed all of the pleadings filed by the parties and determined that the Debtor is entitled to recover reasonable and necessary attorney's fees in the amount of $1,350.00 for work performed by counsel for the Debtor, plus $250.00 compensation for the Debtor, for a total award of $1,600.00.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that unless either party files a Response opposing the Court's Tentative Ruling for any reason on or before **Thursday, June 26, 2025** by **12:00 p.m., Noon,** the Court will enter a final order awarding damages in favor of the Debtor and against the Defendant in the total amount of $1,600.00 as set forth above and dismissing this proceeding. If either party files a Response objecting to the Tentative Ruling, the Court will vacate the Tentative Ruling and may schedule this proceeding for trial.

Dated this the 5th day of June 2025.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge