# Notice Recipients

District/Off: 1126–5        User: admin             Date Created: 6/5/2025
Case: 25–80197–CRJ13        Form ID: pdf000         Total: 54

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Michele T. Hatcher | ecf@ch13decatur.com |
| aty | John C. Larsen | john@jlarsenlaw.com |
| aty | Stuart M Maples | smaples@thompsonburton.com |
| aty | William C Poole | williampoole.wcp@outlook.com |

                                                                                                   TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Janel Burns | 111 Copeland Dr.    Madison, AL 35756 |
| cr | Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC   4515 N Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118 |
| cr | Horizons Medical Care, P.C.   c/o Thompson Burton PLLC   200 Clinton Ave. West   Suite 1000   Huntsville   AL, 35801 UNITED STATES |
| cr | Capital One Auto Finance, a division of Capital One, N.A.   4515 N Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118 |
| 11543846 | Amex   Correspondence/Bankruptcy   Po Box 981535   El Paso, TX 79998 |
| 11543847 | Caine & Weiner   Attn: Bankruptcy   5805 Sepulveda Blvd 4th Floor   Sherman Oaks, CA 91411 |
| 11543848 | Capital One   Attn: Bankruptcy   Po Box 30285   Salt Lake City, UT 84130 |
| 11543844 | Capital One Auto Finance   Attn: Bankruptcy   7933 Preston Rd   Plano, TX 75024 |
| 11589525 | Capital One Auto Finance   Veermanu Yadav / Rohan Pardeshi   4515 N. Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118 |
| 11543849 | Comenity Bank/Victoria Secret   Attn: Bankruptcy   Po Box 182125   Columbus, OH 43218 |
| 11543850 | Credit One Bank   Attn: Bankruptcy Department   6801 Cimarron Rd   Las Vegas, NV 89113 |
| 11543851 | Credit One Bank   Po Box 98872   Las Vegas, NV 89193 |
| 11543852 | Crown Asset Management, LLC   3100 Breckinridge Blvd   Ste 725   Duluth, GA 30096 |
| 11549219 | Discover Bank   PO Box 3025   New Albany, OH 43054–3025 |
| 11543853 | Discover Financial   Attn: Bankruptcy   Po Box 3025   New Albany, OH 43054 |
| 11543854 | First National Bank/Legacy   Attn: Bankruptcy   Po Box 5097   Sioux Falls, SD 57117 |
| 11543855 | First Premier Bank   3820 N Louise Ave   Sioux Falls, SD 57107 |
| 11543856 | First Savings Bank   Attn: Bankruptcy   P.O. Box 5019   Sioux Falls, SD 57117 |
| 11543875 | Franklin Collection Service, Inc.   P.O Box 3910   Tupelo, MS 38803–3910 |
| 11569267 | Fundbox, Inc.   c/o Becket and Lee LLP   PO Box 3001   Malvern PA 19355–0701 |
| 11543857 | Geico   One Geico Plaza   Bethesda, MD 20810–0001 |
| 11543876 | Hollis Cobb Associates Inc   P.O. Box 279   Norcross, GA 30091–0279 |
| 11543858 | Horizon Medical   PO Box 888   Madison, AL 35758 |
| 11543859 | Huntsville Hospital   101 Sivley Rd   Huntsville, AL 35801 |
| 11578932 | Jefferson Capital Systems LLC   PO BOX 7999   St. Cloud, MN 56302–9617 |
| 11543860 | Klarna   P.O. Box 8116   Columbus, OH 43201 |
| 11543877 | Klarna Inc.   629 N. High Street   FL 300   Columbus, OH 43215 |
| 11546935 | LVNV Funding, LLC   Resurgent Capital Services   PO Box 10587   Greenville, SC 29603–0587 |
| 11543861 | Lvnv Funding/Resurgent Capital   Attn: Bankruptcy   Po Box 10497   Greenville, SC 29603 |
| 11572405 | MERRICK BANK   Resurgent Capital Services   PO Box 10368   Greenville, SC 29603–0368 |
| 11543862 | Merrick Bank Corp   Po Box 9201   Old Bethpage, NY 11804 |
| 11543845 | NAVY FCU   Attn: Bankruptcy   Po Box 3000   Merrifield, VA 22119 |
| 11543863 | Navient   Attn: Bankruptcy   Po Box 9635   Wilkes Barre, PA 18773 |
| 11543864 | Navy Federal Credit Union   Attn: Bankruptcy   Po Box 3302   Merrifield, VA 22119 |
| 11567728 | Navy Federal Credit Union   Jessica Arestad   P.O. BOX 3000   MERRIFIELD, VA 22119–3000 |
| 11543865 | Oncology Specialties, PC   PO Box 18428   Huntsville, AL 35804 |
| 11543878 | PASI   P.O.Box 188   Brentwood, TN 37024 |
| 11543866 | Portfolio Recovery Associates   P.O. Box 12914   Norfolk, VA 23541 |
| 11543867 | Progressive   P.O. Box 607   Norwood, MA 02062 |
| 11591659 | Quantum3 Group LLC as agent for   Comenity Bank   PO Box 788   Kirkland, WA 98083–0788 |
| 11543879 | Rausch Sturm   P.O. Box 312277   Enterprise, AL 36331 |
| 11543868 | Source Receivables Mgmt, Llc   4615 Dundas Drive   Greensboro, NC 27407 |
| 11543869 | Synchrony Bank   Attn: Bankruptcy   Po Box 965060   Orlando, FL 32896 |
| 11543870 | Synchrony Bank/Care Credit   Attn: Bankruptcy   Po Box 965060   Orlando, FL 32896 |
| 11543871 | T–Mobile Bankruptcy Team   P.O. Box 53410   Bellevue, WA 98015–3410 |
| 11554047 | Truist Bank, Support Services   P.O. Box 85092   Richmond, VA 23286 |
| 11543872 | Uplft/cb   Attn: Bankruptcy   440 N. Wolfe Road   Sunnyvale, CA 94085 |
| 11543873 | Upstart/Finwise   2 Circle Star Way, 2nd Floor   San Carlos, CA 94070 |
| 11543874 | Verizon   One Verizon Way   Basking Ridge, NJ 07920 |
| 11543880 | Zotec Partners   1 Zotec Way   Carmel, IN 46032 |

                                                                                                   TOTAL: 50